UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

| | |
|---|---|
| STEPHEN KNUTH,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | CASE NO.:   3:18-cv-01157-BJD-PDB |

**JOINT STIPULATION TO ARBITRATE CLAIMS AND STAY ACTION**

COME NOW Plaintiff Stephen Knuth ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (Plaintiff and Wells Fargo shall collectively be referred to as the "Parties"), by and through their undersigned counsel, and hereby submit this Joint Stipulation to Arbitrate Claims and Stay Action pending the conclusion of arbitration, respectfully stating as follows:

1. Plaintiff commenced this action by filing a Complaint against Wells Fargo in the United States District Court for the Middle District of Florida – Jacksonville Division, Case Number 3:18-cv-01157-BJD-PDB on or about September 26, 2018. *See* Doc. No. 1, Complaint.

2. Thereafter, Plaintiff served Wells Fargo with his Complaint on October 15, 2018 and Wells Fargo's Response is due November 5, 2018.

3. The Parties, through their respective counsel of record, stipulate and agree to the terms as follows:

    a.    The parties shall submit to binding non-judicial arbitration;

      b.      Prior to submission to binding non-judicial arbitration, the parties have agreed that Plaintiff shall be permitted to subpoena phone records of Plaintiff's cell-phone carrier;

      c.      The arbitration shall be conducted through AAA;

      d.      That the case be stayed pending arbitration, and that each Party shall bear its own attorneys' fees and costs as to this federal court action;

      e.      In all other respects, both parties explicitly agree to arbitrate this dispute consistent with the rules of the dispute forum.

4.      The Parties therefore respectfully request that this Court enter the Agreed Order, which orders that all of the claims in this lawsuit be submitted to final, binding arbitration and that this lawsuit be stayed.

Respectfully submitted this 5th day of November, 2018.

DATED: November 5, 2018            Respectfully submitted,

*/s/ Artin Betpera*
Artin Betpera
Florida State Bar No.: 49535
Womble Bond Dickinson (US) LLP
3200 Park Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone: (714) 557-3800
Facsimile: (714) 557-3347
Artin.Betpera@wbd-us.com

Attorneys for Defendant,
Wells Fargo Bank, N.A.

*/s/ Kevin Rajabalee*
Kevin Rajabalee
KR LEGAL, P.A.
3340 Hollywood Boulevard, Suite 415
Hollywood, FL  33021
Telephone: (954) 667-3096
Facsimile:  (954) 942-5272
Kevin@krlegal.net

Attorney for Plaintiff,
Stephen Knuth

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 5, 2018, I have served a copy of the foregoing document by Notice of Electronic Filing or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, facsimile or e-mail.

Kevin Rajabalee, Esq.
KR Legal, P.A.
3440 Hollywood Blvd., Suite 415
Hollywood, FL  33021
Tel: 954.667.3096
Fax: 954.942.5272
Email: Kevin@krlegal.net

Attorneys for Plaintiff
Stephen Knuth

                                            */s/ Artin Betpera*
                                            Artin Betpera