UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEPHEN KNUTH,

    Plaintiff,

v.                                                  Case No. 3:18-cv-1157-J-39PDB

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Joint Stipulation to Arbitrate Claims and Stay Action, which the Court construes as a motion to stay. (Doc. 4; Motion to Stay). The parties agree that this case should be stayed to allow them time to arbitrate. Id. at 2.

Accordingly, it is hereby

**ORDERED:**

1. The parties' Joint Stipulation to Arbitrate Claims and Stay Action (Doc. 4) is **GRANTED**.

2. The parties shall submit this case to arbitration with the American Arbitration Association.

3. This case is **STAYED** pending the completion of the arbitration proceedings. The Clerk of the Court is **DIRECTED** to administratively close this file pending further Order by the Court.

4. The parties shall file a status report within thirty (30) days following the conclusion of the arbitration proceedings. The parties shall file a joint status

- 2 -

report within one hundred and eighty (180) days following this Order if arbitration has not concluded and every one hundred and twenty (120) days thereafter until arbitration proceedings are completed.

**DONE** and **ORDERED** in Jacksonville, Florida this 9th day of January, 2019.

_____
BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record
Unrepresented Parties