UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

| | |
|---|---|
| STEPHEN KNUTH, | CASE NO.:   3:18-cv-01157-BJD-PDB |
| Plaintiff, | |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

**STIPULATION OF DISMISSAL**

NOW COME Plaintiff Stephen Knuth ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (Plaintiff and Wells Fargo shall collectively be referred to as the "Parties"), to hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the Parties have amicably resolved all matters in this controversy. The Parties further stipulate and agree that this action shall be dismissed with prejudice as to defendant Wells Fargo, with each party to bear its own attorneys' fees and cost.

DATED: August 6, 2019

> [signature]
> Stephen Knuth, Plaintiff in pro per
> 7835 Park Village Drive, Apt. 3405
> Jacksonville, FL 32256

DATED: August 7, 2019

> /s/ Artin Betpera
> Artin Beptera
> Florida State Bar No.: 49535
> Womble Bond Dickinson (US) LLP
> 3200 Park Center Drive, Suite 700
> Costa Mesa, CA 92626
> Telephone: (714) 557-3800
> Facsimile: (714) 557-3347
> Artin.Betpera@wbd-us.com
>
> Attorneys for Defendant,
> Wells Fargo Bank, N.A.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2019, I have served a copy of the foregoing document by Notice of Electronic Filing or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, facsimile or e-mail.

Stephen Knuth, Plaintiff in pro per
7835 Park Village Drive, Apt. 3405
Jacksonville, FL 32256

/s/ Artin Betpera